```
1  PERRY & SHAPIRO, L.L.P.
   3300 N. Central Avenue, #2200     Dated: April 28, 2009
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile
   (847) 627-8802 Facsimile                    /s/ Eileen W. Hollowell
4  AZNotices@logs.com, e-mail            _____
   Christopher R. Perry, Bar #009801         EILEEN W. HOLLOWELL
5  Jason P. Sherman, Bar #019999             U.S. Bankruptcy Judge
   Attorney for JP Morgan Chase Bank, N.A.
6  [FILE 09-011078 CHE]
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ISAAC AND RUTH AGUIRRE,<br><br>    Debtor.<br>_____<br>JP Morgan Chase Bank, N.A.,<br>its assignees and / or<br>successors in interest,<br>    Movant,<br>v.<br><br>ISAAC AND RUTH AGUIRRE,<br>Debtor, and Chapter 13 Trustee<br>Dianne C. Kerns,<br>    Respondents. | Case # 4:09-bk-03963-EWH<br><br>Chapter 13 Proceedings<br><br><br>**ORDER LIFTING<br>THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>1362 West King Place<br>Tucson, AZ 85705 |

    The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JP Morgan Chase Bank, N.A., ("CHASE"), and that good cause exists to grant the Motion for Relief;

    **THEREFORE, IT IS ORDERED:**

    1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 1362 West King Place, Tucson, AZ 85705 and legally described as:

> LOT 27, OF VERDE ACRES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, RECORDED IN BOOK 12 OF MAPS, PAGE 32.

2. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Eileen W. Hollowell
U. S. Bankruptcy Court Judge